**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-20332-BLOOM**

MANUEL BALBIN,

     Plaintiff,

v.

SGT. J. LATIN, *et al.*,

Defendants.

_____/

**ORDER ON MOTION TO STAY**

     **THIS CAUSE** is before the Court upon Defendants' Motion to Stay Case and to Abate All Pretrial Deadlines Pending Ruling on Their Motion for Summary Judgment, ECF No. [70], ("Motion"). The Court has reviewed the Motion, the record in this case, and the applicable law. For the reasons set forth below, the Motion is granted.

     The Eleventh Circuit has long reasoned that district courts "effectively den[y] immunity" when they require officers "to further defend from liability while the immunity issue remain[s] pending." *Howe v. City of Enterprise*, 861 F.3d 1300, 1302 (11th Cir. 2017) (citing *Bouchard Transp. Co. v. Fla. Dep't of Envtl. Prot.*, 91 F.3d 1445, 1448 (11th Cir. 1996), and *Collins v. Sch. Bd. of Dade Cty.*, 981 F.2d 1203, 1204–06 (11th Cir. 1993)). Here, Defendants raised a claim in their Motion for Summary Judgment, ECF No. [69], that "[t]hey are all entitled to qualified immunity." *Id*. at 2. The Court will therefore stay this action and abate all pretrial deadlines, except those governing the briefing of the Motion for Summary Judgment pending the Court's ruling on the Motion for Summary Judgment.

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Case No. 22-cv-20332-BLOOM

1. Defendants' Motion, **ECF No. [70]**, is **GRANTED**;

2. This action is **STAYED** and all pretrial deadlines are **TERMINATED** pending the resolution of the Motion for Summary Judgment.

3. The Clerk shall **ADMINSTRATIVELY CLOSE** the case.

   **DONE AND ORDERED** in Chambers at Miami, Florida, on February 3, 2023.

   **BETH BLOOM**
   **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Manuel Balbin
#B05748
Okeechobee Correctional Institution
Inmate Mail/Parcels
3420 NE 168th Street
Okeechobee, FL 34972
PRO SE